USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PRINCE GREENE, et al.,              :
                                    :       06 Civ. 2062 (VM)
                Plaintiffs,         :
                                    :       **CONDITIONAL**
    - against -                     :       **ORDER OF DISCONTINUANCE**
                                    :
THE CITY OF NEW YORK et al.,        :
                                    :
                Defendants.         :
------------------------------------X
```

**VICTOR MARRERO**, **United States District Judge**.

Counsel for defendants, on behalf of the parties, having notified the Court, by letter dated February 21, 2007, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The conference scheduled for March 9, 2007 is canceled but shall be rescheduled as set forth above in the event plaintiff notifies the Court that the parties' settlement was not effectuated and that such conference is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         22 February 2007

                                    _____
                                        Victor Marrero
                                           U.S.D.J.



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOYCE CAMPBELL PRIVÉTERRE<br>*Special Federal Litigation Division*<br>Phone: (212) 788-1277<br>Fax: (212) 788-9776 |

February 21, 2007

**Via Facsimile (212) 805-6382**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 905
New York, New York 10007

> Re: <u>Greene et al. v. City of New York et. al</u>,
> 06 CV 2062 (VM)

Your Honor:

    I am a Special Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants City of New York, Brian Pollack, and Rodrigo Caballero in the above-referenced civil rights matter.

    I write to advise the Court that the parties in this matter have reached a settlement agreement. A Stipulation and Order of Settlement and Dismissal will be forwarded to the Court upon execution by the parties.

    A conference is presently scheduled for March 9, 2007 at 9:30 a.m. In light of the settlement, defendants respectfully request that the Court cancel the conference.

Thank you for your consideration.

Respectfully submitted,

Joyce Campbell Priviterre (JCP1846)
Special Assistant Corporation Counsel

**Via Facsimile (212)**
Jon Norinsberg, Esq.
Law Office of Jon Norinsberg
Attorney for Plaintiff
225 Broadway, Suite 2700
New York, New York 10007
Tel: (212) 791-5396

2